

## NUMBER 13-12-00179-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE SHAMOUN & NORMAN, LLP, GREGORY SHAMOUN, AND BRIAN NORMAN

## On Petition for Writ of Mandamus.

# MEMORANDUM OPINION

## Before Chief Justice Valdez and Justices Rodriguez and Garza
## Memorandum Opinion Per Curiam[1]

Relators, Shamoun & Norman, LLP, Gregory Shamoun, and Brian Norman, have filed a petition for writ of mandamus in which they contend that respondent, the Honorable Mario Ramirez, presiding judge of the 332nd Judicial District Court of Hidalgo County, Texas, abused his discretion, leaving relators without an adequate appellate remedy, by denying an Agreed Motion to Transfer Venue filed by relators and real party in interest, Robert Yarto.

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying [mandamus] relief, the court may hand down an opinion but is not required to do so.").

Having reviewed and fully considered relators' petition, this Court is of the opinion that relators have not shown themselves entitled to the relief sought and that the petition should be denied.   *See* TEX. R. APP. P. 52.8(a).   Accordingly, relators' petition for writ of mandamus is DENIED.

PER CURIAM

Delivered and filed the
4th day of June, 2012.